# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable **GREGORY J. FOURATT**

CRIMINAL CLERK'S MINUTES at Las Cruces

| Case Number: | CR-16-2931 MV | Date: | 1/22/2024 | Recording Information: | LCR-SIERRA BLANCA |
|---|---|---|---|---|---|
| Clerk: | C. ALVAREZ | Type of Hearing: | | **INITIAL APPEARANCE-REVOCATION** | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **THOMAS MONTOYA** | JESSICA MARTIN, AFPD STANDING IN | ☐ | ☐ |
| | | ☐ | ☐ |

| Assistant U.S. Attorney: | ALYSON HEHR | Interpreter: | N/A |
|---|---|---|---|
| Pretrial Officer: | BRENDA RICHARDSON | Court in Session: | 9:06-9:09 A.M. (3 mins) |

| | |
|---|---|
| ☐ | Agent sworn in open Court |
| ☒ | Court questions Defendant regarding his/her physical and mental condition, DOB |
| ☒ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☒ | ORAL Motion for Detention Hearing by Government |
| ☒ | Court grants ☒ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☐ | Waiver of show cause hearing; Matter referred to the District Judge for a Disposition Hearing |
| ☐ | Defendant admitted violation; Matter referred to the District Judge for a Disposition Hearing |
| ☒ | Preliminary Revocation/Detention hearing to be set 1/26/24 @ 9:30 a.m., before Judge Robbenhaar (Rio Grande Courtroom) |

| | |
|---|---|
| ☒ | Defendant in custody |
| ☐ | Defendant remains on conditions of release |

| | |
|---|---|
| ☒ | Other: DEFENDANT TO BE TRANSFERRED TO ALBUQUERQUE FOR ALL FURTHER PROCEEDINGS. |